RECEIVED

JUN - 9 2011

TONY R. MOORE, CLERK
BY_____
        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| SAMSON CONTOUR ENERGY E&P, LLC, et al | CIVIL ACTION NO. 11-cv-0247 |
| VERSUS | JUDGE WALTER |
| FRED BOWMAN, INC. | MAGISTRATE JUDGE HORNSBY |

# ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Bowman's **Motion for Joinder (Doc. 6)** and **Motion Reurging Motion for Joinder (Doc. 14)** are **denied**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the _____8_____ day of _____June_____, 2011.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE